## MARSHALL v. MOSES.

### (April Term, 1865.)

SERVICE OF PROCESS — *return of two nihils*. Return of two *nihils* upon a defendant in error, will authorize a rule upon him to join in error, though there be no actual service of process.